IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA    §
                            §
v.                          §    NO. 4:22CR 124
                            §    Judge Mazzant
ERIC DONAVAN STEELE         §

**FILED**

MAY 12 2022

Clerk, U.S. District Court
Texas Eastern

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 922(a)(6)
(False Statement During Purchase of
a Firearm)

On or about February 7, 2022, in the Eastern District of Texas, **Eric Donavan Steele**;

defendant, in connection with the acquisition of a firearm, namely an ATI Bulldog, 12-gauge

shotgun, bearing serial number 12BD21-17007, from Welcome to the Gun Show Armory, a

licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

knowingly made a false and fictitious written statement to Welcome to the Gun Show Armory,

which statement was intended and likely to deceive Welcome to the Gun Show Armory, as to a

fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44

of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol,

Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he

was the actual buyer of the firearm indicated on the Form 4473, when in fact as the defendant

then knew, he was not the actual buyer of the firearm; in violation of Title 18, United States

Code, Sections 922(a)(6) and 924 (a)(2).

**Indictment/Notice of Penalty - Page 1**

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### (Pursuant to 18 U.S.C. § 924(d)(1)

As a result of the commission of the foregoing offense charged, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) any firearm or ammunition involved in a violation of 18 U.S.C. § 922(a)(6), namely, the following:

1.  An ATI Bulldog, 12-gauge shotgun, bearing serial number 12BD21-17007;

2.  A Sig Sauer, P365, handgun, bearing serial number 66B947524;

3.  A BRN601 stripped lower receiver bearing serial number B6012540;

4.  Body armor; and

5.  All ammunition seized from August Rain Brooks on February 17, 2022.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
Lesley D. Brooks
Assistant United States Attorney

Date  5/12/22

Indictment/Notice of Penalty - Page 2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:22CR |
| | § | Judge |
| ERIC DONAVAN STEELE | § | |

## NOTICE OF PENALTY

### Count One

Violations:    18 U.S.C. § 922(a)(6)

Penalty:    Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. § 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment:    $ 100.00

**Indictment/Notice of Penalty - Page 3**